James D. Greene, Esq., NV Bar No. 2647  E-filed: *August 20, 2010*
**GREENE INFUSO, LLP**
3030 South Jones Blvd., Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: jgreene@greeneinfusolaw.com

Attorneys for Creditor Standford Boulder, LLC.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **In Re: Boulder Highway Holding Company,**<br><br>**Debtor**. | Bankruptcy No. BK-S-10-24337-LBR<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE [F.R.B.P. 9010(b), 2002 AND 3017(a)]**<br><br>Date: N/A<br>Time: N/A |

James D. Greene, Esq of the law firm Greene Infuso, LLP, attorneys for Stanford Boulder, LLC, hereby enters his appearance in the above-entitled bankruptcy case pursuant to Bankruptcy Rules 9010(b), 2002 and 3017(a) and hereby requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings by the Court, the Debtor, or other parties in interest. All notices required to be mailed to Stanford Boulder, LLC, Inc. pursuant to Bankruptcy Rule 2002, should be directed to:

James D. Greene, Esq.
**GREENE INFUSO, LLP**
3030 South Jones Blvd., Suite 101
Las Vegas, NV 89146

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly

1

designate the undersigned as agent for service of process on Stanford Boulder, LLC, or (ii) constitute a waiver of any of the following rights of Stanford Boulder, LLC:

(a) Right to have any and all final orders in any and all non-core matters entered only after a de novo review by the United States District Court Judge;

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding relating hereto, notwithstanding in designation *val non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto Stanford Boulder, LLC without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

DATED this 20th day of August, 2010.

**GREENE INFUSO,LLP**

*/s/ James D. Greene*
James D. Greene, Esq.
3030 S. Jones Blvd., Suite 101
Las Vegas, NV  89146
Attorneys for Stanford Boulder, LLC

**CERTIFICATE OF SERVICE**

I am employed by the law firm of Greene Infuso, LLP in Clark County, Nevada. I am over the age of 18 and not a party to this action. My business address is 3030 South Jones Blvd., Suite 101, Las Vegas, Nevada 89146. On August 20, 2010, I served the document(s), described as:

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE [F.R.B.P. 9010(b), 2002 AND 3017(a)]**

☒ by placing the ☐ original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:
**(SEE CREDITOR MATRIX ATTACHED)**

☐ a. **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

☐ b. **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid.

I am readily familiar with Greene Infuso, LLP practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that service is presumed to be invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ c. **BY PERSONAL SERVICE.**

☐ d. **BY DIRECT EMAIL**

☐ e. **BY FACSIMILE TRANSMISSION**

**I declare under penalty of perjury that the foregoing is true and correct.**

Date: August 20, 2010

/s/ Frances M. Ritchie
An employee of Greene Infuso, LLP

3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 10-24337-lbr<br>District of Nevada<br>Las Vegas<br>Fri Aug 20 11:03:06 PDT 2010 | BOULDER HIGHWAY HOLDING COMPANY, LLC<br>1000 N. GREEN VALLEY PARKWAY<br>SUITE 440-350<br>HENDERSON, NV 89074-6170 | United States Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101-5833 |
| Anthony H. Lang Trust<br>c/o Anthony H. Lang, Trustee<br>7272 S. El Capitan<br>Las Vegas, NV 89148-1817 | Ardent, Ltd.<br>Attn: Managing Member<br>1680 SW 86th<br>Oklahoma City, OK 73159-6229 | Boulder Highway & Gibson Investments, LL<br>1000 N. Green Valley Parkway<br>Suite 440-350<br>Henderson, NV 89074-6170 |
| Boulder Highway & Gibson Investments, LL<br>1915 N. Green Valley Parkway<br>Suite 100<br>Henderson, NV 89074-1606 | Boulder Highway Holding Co., LLC<br>1915 N. Green Valley Parkway<br>Suite 100<br>Henderson, NV 89074-1606 | Brisco Holdings Ltd. Partnership<br>c/o Stanley Brzyszko<br>1512 Castle Wall St.<br>Las Vegas, NV 89117-1350 |
| Buffalo Energy Corp.<br>Attn: Managing Member<br>1680 SW 86th<br>Oklahoma City, OK 73159-6229 | Carla J. Snyder Trust<br>c/o Carla J. Snyder, Trustee<br>7272 S. El Capitan<br>Las Vegas, NV 89148-1817 | Chantal Morelli<br>4, Rue Verdi<br>Tremblay En, France 98290 |
| Clark County Assessor<br>c/o Bankruptcy Clerk<br>500 S. Grand Central Pkwy<br>P.O. Box 551401<br>Las Vegas, NV 89155-1401 | Clark County Treasurer<br>c/o Bankruptcy Clerk<br>500 S. Grand Central Parkway<br>P.O. Box 551220<br>Las Vegas, NV 89155-1220 | Concorde Investments, Inc.<br>Attn: Eric Steiner<br>33801 Archibold Lane<br>Upperville, VA 20184-3129 |
| Corporate Management, Inc.<br>Attn: Managing Member<br>P.O. Box 892408<br>Oklahoma City, OK 73189-2408 | Dept. of Employment, Training &<br>Rehabilitation, Employment Security Div.<br>500 East Third St.<br>Carson City, NV 89713-0002 | Encore Management Services, LLC<br>Attn: Managing Member<br>1000 N. Green Valley Parkway<br>Suite 440-350<br>Henderson, NV 89074-6170 |
| Eugene Raoux<br>40 Rue Domion<br>Bordeaux, France 33200 | Fieldstone Investments, Inc.<br>Attn: Managing Member<br>1844 Winners Cup Drive<br>Las Vegas, NV 89117-0824 | Franciose Dunie Merigot<br>20 Bd Lacoste<br>Mont De Marsan, France 4000 |
| Gezabel, Inc.<br>Attn: Managing Member<br>1680 SW 86th<br>Oklahoma City, OK 73159-6229 | Greene Roberts & Rasmussen PLLC<br>Attn: Managing Member<br>8485 W. Sunset Rd<br>Suite 208<br>Las Vegas, NV 89113-2249 | Gregory A. and Diane M. Heinrich<br>Family Trust dated 12/02/1991<br>Attn: Managing Member<br>210 Highway 193<br>Banner, WY 82832-9737 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | JUPI Investments, Inc..<br>Attn: Managing Member<br>1680 SW 86th<br>Oklahoma City, OK 73159-6229 | John Marchiano, Esq.<br>218 Lead St.<br>Henderson, NV 89015-5014 |
| L.M.S.S.I., Inc.<br>Attn: Managing Member<br>1680 SW 86th<br>Oklahoma City, OK 73159-6229 | Lewis Maldonado<br>US EPA Region 9 Bankruptcy Contact<br>Office of Regional Counsel, ORC-3<br>75 Hawthrone Street<br>San Francisco, CA 94105-3920 | Namela Holdings, LLC<br>Attn: Managing Member<br>7272 S. El Capitan Way Suite 2<br>Las Vegas, NV 89148-1818 |

| | | |
|---|---|---|
| Nature Creation Holding Company, LLC<br>Attn: Managing Member<br>5440 Black Knight Circle<br>Las Vegas, NV 89119-1347 | Nevada Department of Taxation<br>Bankruptcy Section<br>555 E. Washington Ave., #1300<br>Las Vegas, NV 89101-1046 | Office of the Attorney General<br>Grant Sawyer Boulevard<br>555 E. Washington Avenue<br>Suite 3900<br>Las Vegas, NV 89101-1068 |
| Office of the United States Trustee<br>300 Las Vegas Blvd., South, #4300<br>Las Vegas, NV 89101-5803 | Pierre and Edit LaForge<br>2124 Ponticello Drive<br>Henderson, NV 89052-5546 | Randel Aleman<br>100 N. Green Valley Pkwy<br>Suite 440-350<br>Henderson, NV 89074-6391 |
| Richar, LLC<br>Attn: Managing Member<br>1680 SW 86th<br>Oklahoma City, OK 73159-6229 | Sebag Properties, LLC<br>Attn: Managing Member<br>100 N. Biscayne Blvd., Suite 500<br>Miami, FL 33132-2344 | Stanford Boulder, LLC<br>c/o Mark L. Simon<br>Simon & Berman<br>5812 S. Pecos Rd., #A<br>Las Vegas, NV 89120-5417 |
| State of Nevada DMV<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, NV 89711-0001 | Swan & Gardiner CPA, LLC<br>Attn: Managing Member<br>9005 W. Sahara Ave.<br>Las Vegas, NV 89117-5745 | The Belle Company Limited Partnership<br>Attn: Managing Member<br>1709 Franklin Chase Terrace<br>Henderson, NV 89012-3474 |
| The Georgiade Family Trust<br>Attn: Managing Member<br>2904 Justice Lane<br>Las Vegas, NV 89107-3228 | U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | VTN<br>Attn: Managing Member<br>2727 S. Rainbow Blvd.<br>Las Vegas, NV 89146-5187 |
| MATTHEW C. ZIRZOW<br>GORDON & SILVER, LTD.<br>3960 HOWARD HUGHES PARKWAY, 9TH FLR<br>LAS VEGAS, NV 89169-5978 | TERESA M. PILATOWICZ<br>GORDON SILVER<br>3960 HOWARD HUGHES PKWY.<br>9TH FLOOR<br>LAS VEGAS, NV 89169-5978 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
DPN 781
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Boulder Highway Holding Company, LLC<br>1000 N. Green Valley Parkway<br>Suite 440-350<br>Henderson, NV 89074-6170 | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     1<br>Total                  47 |